STATE OF NEW JERSEY (TOWNSHIP OF LIVINGSTON)
v. JOHN DE MARE, a/k/a GEORGE GILLMAN.

May 4, 1971. Petition for certification denied.

JOSE ALVAREZ v. DOCK RESINS CORP.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EUGENE BRUNETTI.

May 4, 1971. Petition for certification denied. (See 114
*N. J. Super.* 57).

STATE OF NEW JERSEY v. WILLIE ANN JOHNSON.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNIE MILLER.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY (BOROUGH OF BELMAR)
v. L. J. SCHIER.

May 12, 1971. Petition for certification granted.